BEFORE THE FIRST DIVISION, MARCH 13, 1967

**No. P67/58.**—Charles Garcia & Co., Inc. *v.* United States, protest 63/12707 (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of fishing reels with

two spools of different construction, material, and line capacity similar in all material respects to the merchandise the subject of *Charles Garcia & Co., Inc.* v. *United States* (44 Cust. Ct. 282, C.D. 2187), affirmed in *United States* v. *Charles Garcia & Co., Inc.* (48 CCPA 140, C.A.D. 780), the claim of the plaintiff was sustained.